**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kisa Lynn Williams                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 16 -11929 pmm

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                           Respectfully submitted,

*/s/Rebecca A. Solarz*
Rebecca Solarz
14 Oct 2020, 12:24:12, EDT

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322