# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kisa Lynn Williams<br>          Debtor(s)<br><br>M&T BANK, its successors and/or assigns<br>          Movant<br>     vs.<br><br>Kisa Lynn Williams<br>          Debtor(s)<br><br>Scott F. Waterman<br>          Trustee | CHAPTER 13<br><br><br><br><br>NO. 16 -11929 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of M&T BANK, which was filed with the Court on or about **September 24, 2020** under document number 60..

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              412-430-3594

October 21, 2020