United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-11929-pmm |
| Kisa Lynn Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kisa Lynn Williams, 1568 Broadway, Fountain Hill, PA 18015-3932 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Branch Banking and Trust Company s/i/i to National, 645 Hamilton Street, Allentown, PA 18101-2109 |
| cr | + | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 13745604 | + | Branch Banking and Trust Company, c/o Richard Brent Somach, Esq., 515 West Hamilton St, Ste 502, Allentown, PA 18101-1513 |
| 13745147 | + | Branch Banking and Trust Company,, s/I/I/National P, 645 Hamilton Street, Allentown, PA 18101-2109 |
| 13694598 | | CBALV/ People First FCU, 2141 Downyflake Ln, Allentown, PA 18103-4774 |
| 13694600 | | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 13694602 | | Jose M Santiago, 127 E Garrison St, Bethlehem, PA 18018-4044 |
| 13694603 | | Lendmark Financial, Whitehall Square, 2180 Macarthur Rd Unit 9, Whitehall, PA 18052-4535 |
| 14451126 | + | M&T BANK, C/O MARIO J. HANYON, Phelan Hallinan & Schmieg, 1617 John F. Kennedy Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14450888 | | M&T BANK, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14552457 | + | M&T Bank, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13694604 | | Mariner Finance, 1380 Hanover Ave, Allentown, PA 18109-2019 |
| 13777059 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 13694605 | + | National Penn Bank, 645 Hamilton St, Ste 700, Allentown, PA 18101-2196 |
| 13714546 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |
| 13779580 | | WELLS FARGO BANK, N.A., DEFAULT DOCUMENT PROCESSING, N9286-01Y, 1000 BLUE GENTIAN ROAD, EAGAN, MN 55121-7700 |
| 13773145 | + | Wells Fargo Bank, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |
| 13694607 | | Wells Fargo Home Mortgage, 3476 Stateview Blvd, Fort Mill, SC 29715-7203 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2021 01:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 12 2021 01:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2021 01:41:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 13694594 | | Email/Text: ebn@americollect.com | Jun 12 2021 01:26:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 13694595 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 12 2021 01:27:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13694596 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 12 2021 01:42:26 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13694597 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 12 2021 01:41:05 | Capital One, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 13730785 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 12 2021 01:42:25 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13761073 | + | Email/Text: bankruptcy@cavps.com | Jun 12 2021 01:26:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13716019 | | Email/Text: mrdiscen@discover.com | Jun 12 2021 01:25:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 13694601 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 12 2021 01:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13694599 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 12 2021 01:38:29 | Chase/Bank One Card, 800 Brooksedge Blvd, Westerville, OH 43081-2822 |
| 13710796 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 12 2021 01:25:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14321698 | | Email/Text: camanagement@mtb.com | Jun 12 2021 01:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 13779409 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 12 2021 01:38:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13722140 | | Email/PDF: cbp@onemainfinancial.com | Jun 12 2021 01:38:29 | Springleaf Financial Services, PO Box 3251, Evansville, IN 47731 |
| 13694606 | | Email/PDF: cbp@onemainfinancial.com | Jun 12 2021 01:38:28 | Springleaf Financial Services Of Pa, 1253 Airport Rd, Allentown, PA 18109-3311 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13910304 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:

**Name**              **Email Address**

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jun 11, 2021 | Form ID: 138NEW | Total Noticed: 41

JEROME B. BLANK
   on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JEROME B. BLANK
   on behalf of Creditor M&T BANK paeb@fedphe.com

LISA MARIE CIOTTI
   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LYNN E. FELDMAN
   on behalf of Debtor Kisa Lynn Williams feldmanfiling@rcn.com

MARIO J. HANYON
   on behalf of Creditor M&T BANK wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
   on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

RICHARD BRENT SOMACH
   on behalf of Creditor Branch Banking and Trust Company s/i/i to National Penn Bank rsomach@nmmlaw.com
   msandone@nmmlaw.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
   on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kisa Lynn Williams
      Debtor(s)                                    Bankruptcy No: 16−11929−pmm
                                                                  Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                                           Timothy B. McGrath
                                                                            Clerk of Court

Dated: 6/11/21

                                                                                                                        71 − 70
                                                                                                                      Form 138_new