| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-11929-PMM**

KISA LYNN WILLIAMS
1568 BROADWAY
FOUNTAIN HILL  PA    18015-3932

Petition Filed Date: 03/21/2016
341 Hearing Date: 05/24/2016
Confirmation Date: 01/12/2017

Case Status: Completed on 4/ 6/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2020 | $500.00 | 108631046403 | 04/08/2020 | $320.00 | 108631046414 | 04/14/2020 | $300.00 | 108631048658 |
| 05/14/2020 | $500.00 | 108631041080 | 06/02/2020 | $500.00 | 108631043950 | 07/15/2020 | $820.00 | 225625 |
| 10/14/2020 | $3,620.00 | 226694 | 11/03/2020 | $1,640.00 | 226859 | 01/07/2021 | $820.00 | 227658 |
| 02/17/2021 | $820.00 | 228046 | 03/29/2021 | $820.00 | 228462 | 04/06/2021 | $1,640.00 | 228543 |

**Total Receipts for the Period:  $12,300.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $23,620.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $951.93 | $615.68 | $336.25 |
| 7 | BRANCH BANKING AND TRUST CO<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CAVALRY INVESTMENTS LLC<br>»» 008 | Unsecured Creditors | $1,124.80 | $727.50 | $397.30 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,140.13 | $737.42 | $402.71 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $3,942.76 | $3,942.76 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $788.78 | $510.17 | $278.61 |
| 1 | LENDMARK FINANCIAL SERVICES LLC<br>»» 001 | Unsecured Creditors | $6,800.10 | $4,398.22 | $2,401.88 |
| 12 | M&T BANK<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | MARINER FINANCE LLC<br>»» 010 | Unsecured Creditors | $1,943.07 | $1,256.75 | $686.32 |
| 2 | PEOPLE FIRST FCU<br>»» 002 | Unsecured Creditors | $5,629.74 | $3,641.24 | $1,988.50 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $2,524.70 | $1,632.94 | $891.76 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $2,810.09 | $1,817.53 | $992.56 |
| 9 | WELLS FARGO BANK N A<br>»» 009 | Unsecured Creditors | $595.14 | $384.94 | $210.20 |
| 13 | LYNN E FELDMAN ESQ<br>»» 013 | Attorney Fees | $2,010.00 | $2,010.00 | $0.00 |
| 13 | AMERICOLLECT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BERKS CREDIT & COLL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

| 15 | CHASE BANK ONE CARD | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | FINANCIAL RECOVERIES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,620.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $21,675.15 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,944.85 | Total Plan Base: | $23,620.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.