United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 16-11929-pmm
Kisa Lynn Williams Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 195 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kisa Lynn Williams, 1568 Broadway, Fountain Hill, PA 18015-3932 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor M&T BANK paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank N.A. paeb@fedphe.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| LYNN E. FELDMAN | on behalf of Debtor Kisa Lynn Williams feldmanfiling@rcn.com |
| MARIO J. HANYON | on behalf of Creditor M&T BANK wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| RICHARD BRENT SOMACH | on behalf of Creditor Branch Banking and Trust Company s/i/i to National Penn Bank rsomach@nmmlaw.com msandone@nmmlaw.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2021 | Form ID: 195 | Total Noticed: 1

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Kisa Lynn Williams  : Case No. 16−11929−pmm

    Debtor(s)

### ORDER
_____

AND NOW, this day , July 13, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

76
Form 195